AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| EAGLE REALTY INVESTMENTS, INC., et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 18-cv-362 |
| PETER G. DUMON, et al. | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The defendants' motion to dismiss (Doc. 26) is GRANTED without prejudice. This case is TERMINATED in this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, United States District Judge  on a motion for Dismissal

Date: 2/13/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*